UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ALFONSO R. THOMPSON, SR.,

    Plaintiff,

v.                                No. CIV 14-1097 MCA/KBM

DET. R. LANDAVAZO, Primary Homicide,

    Defendant.

## **ORDER FOR *MARTINEZ* REPORT**

    This *pro se* prisoner civil rights matter is before the Court *sua sponte.* Under *Martinez v. Aaron,* 570 F.2d 317, 320 (10th Cir. 1978), this Court may order defendants to investigate the incident or incidents underlying Plaintiff's lawsuit and submit a report of their investigation in order to develop a factual or a legal basis for determining whether a prisoner plaintiff has a meritorious claim. *See, e.g., Gee v. Estes,* 829 F.2d 1005, 1007 (10th Cir. 1987). A *Martinez* Report may be used in a variety of contexts, including motion for summary judgment or *sua sponte* entry of summary judgment. When a *Martinez* Report is used for summary judgment purposes, the *pro se* plaintiff must be afforded an opportunity to present conflicting evidence to controvert the facts set forth in the report. *Hall v. Bellmon,* 935 F.2d 1106, 1109 (10th Cir. 1991).

    Wherefore,

**IT IS HEREBY ORDERED** that Defendant file a *Martinez* Report in accordance with the instructions below:

1. Defendant's comprehensive *Martinez* Report shall address all of Plaintiff's allegations and should include, but is not limited to whether documents or other records pertaining to the events exist;

2. If documents and records do exist, Defendant shall include copies of them as attachments to the *Martinez* Report. Based on prior experience, the Court feels constrained to request that the attachments be arranged in a logical order. Simply copying jumbled prison records will not suffice. The Court also requests that the attachments be Bates-stamped or otherwise be clearly serially marked;

3. Defendants must provide affidavits to properly authenticate submitted documents, and may also submit other affidavits in support of the *Martinez* Report;

4. The submission of documents alone shall not be considered in compliance with this Order. Defendant is expected to also prepare the "report" portion of the *Martinez* Report that discusses the claims and the submissions that relate to them;

5. Given the detail required above, the Court will give ample time for the Defendants to accomplish this task. Defendants shall file and serve their *Martinez* Report no later than **Friday, December 11, 2015**;

6. Plaintiff shall file his response to the *Martinez* Report ***(Defendant receives service electronically)*** no later than **Monday, January 11, 2016**, and

7. Defendant shall file and serve his reply, if any, no later than **Monday, January 26, 2016.**

_____
UNITED STATES CHIEF MAGISTRATE JUDGE

> **THE PARTIES ARE HEREBY GIVEN NOTICE** that the *Martinez* Report may be used in deciding whether to grant summary judgment on Plaintiff's claims, whether by motion or <u>*sua sponte*</u>; as such, the parties should submit whatever materials they consider relevant to Plaintiff's claims. *See Hall,* 935 F.2d 1106.