IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO R. THOMPSON, SR.,

       Plaintiff,

v.     CIV 14-1097 MCA/KBM

DET. R. LANDAVAZO, Primary Homicide,

       Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on July 25, 2016 *(Doc. 27).* The proposed findings notify Thompson of his ability to file objections and that failure to do so waives appellate review. Thompson's objections were due on August 11, 2016. To-date, Thompson has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered to him.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 27)* is ADOPTED; and

2. This action is dismissed with prejudice, and a final order will be entered concurrently herewith.

                                            UNITED STATES DISTRICT JUDGE